UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

MICHAEL SCOTT CANFIELD,

        Defendant.

26 CR 124 LMP/DJF

**INDICTMENT**

18 U.S.C. § 751(a)

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
### (Escape From Custody)

On or about March 3, 2026, in the State and District of Minnesota, the defendant,

**MICHAEL SCOTT CANFIELD**,

who by virtue of a felony conviction, was in the custody of the Bureau of Prisons and lawfully confined to the Volunteers of America Residential Reentry Center at the direction of the Attorney General, did knowingly leave the custody of the Bureau of Prisons without authorization, all in violation of Title 18, United States Code, Section 751(a).

A TRUE BILL

_____
UNITED STATES ATTORNEY

_____
FOREPERSON

LT SCANNED
JUN 25 2026
U.S. DISTRICT COURT MPLS